# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

The Huntington National Bank, successor in interest to TCF National Bank, and by assignment from BMO Harris Bank, N.A.

Plaintiff,

v.

Marcin Pogorzelski

Defendant.

Case No. 2024-cv-8085

Assigned Judge:

## COMPLAINT

NOW COMES Plaintiff, The Huntington National Bank, successor in interest to TCF National Bank, and by Assignment from BMO Harris Bank, N.A. (the "Plaintiff" or "Huntington"), and for its complaint against defendant, Marcin Pogorzelski, ("Defendant" or "Guarantor") states as follows:

## JURISDICTION & VENUE

1. This Court has original subject matter jurisdiction in this lawsuit pursuant to 28 U.S.C. §1332(a), because the matter in controversy is between citizens of different states and it exceeds the sum of $75,000.00, exclusive of interest and costs.

2. Venue is proper in this district pursuant to 28 U.S.C. §1391(a).

## THE PARTIES

3. Plaintiff is a national banking association, the main office of which is located in the State of Ohio and the state designated on its organization certificate is Ohio.

4. Guarantor is a citizen of the State of Illinois and is domiciled in Elk Grove Village in the state of Illinois.

## Background

5. Plaintiff made five loans for which Guarantor provided guaranties.

6. On or about March 14, 2018, BMO Harris Bank, N.A. ("BMO") extended credit to PJ Trans, Inc. in the amount of $76,166.40 (the "525 Loan"). As evidence of the 525 Loan, PJ executed a Loan and Security Agreement in favor of Plaintiff dated March 14, 2018, in the principal amount of $76,166.40 (the "525 Note"). A true and correct copy of the 525 Note is attached hereto as <u>Exhibit A</u> and by express reference made a part hereof.

7. On or about May 14, 2018, BMO extended credit to PJ in the amount of $75,730.80 (the "526 Loan"). As evidence of the 526 Loan, PJ executed a Loan and Security Agreement in favor of Plaintiff dated May 14, 20218, in the principal amount of $75,730.80 (the "526 Note"). A true and correct copy of the 526 Note is attached hereto as <u>Exhibit B</u> and by express reference made a part hereof.

8. On or about July 17, 2018, BMO extended credit to PJ in the amount of $74,773.80 (the "527 Loan"). As evidence of the 527 Loan, PJ executed a Loan and Security Agreement in favor of Plaintiff dated July 17, 2018, in the principal amount of $74,773.80 (the "527 Note"). A true and correct copy of the 527 Note is attached hereto as <u>Exhibit C</u> and by express reference made a part thereof.

9. On or about August 27, 2018, BMO extended credit to PJ in the amount of $75,447.60 (the "528 Loan" and collectively with the "525 Loan", "526 Loan", and "527 Loan" the "PJ Loans"). as evidence of the 528 Loan, PJ Executed a Loan and Security Agreement in favor of Plaintiff dated August 27, 2018 in the principal amount of $75,447.60 (the "528 Note" and collectively with the "525 Note", "526 Note", and "527 Note" the "PJ Notes"). A true and correct copy of the 528 Note is attached hereto as <u>Exhibit D</u> and by express reference made a part thereof.

10. As additional security for the PJ Notes, on March 14, 2018, Marcin Pogorzelski ("Guarantor") executed a certain Continuing Guaranty (the "PJ Guaranty") in favor of BMO guarantying payment of all amounts due on the PJ Notes. A true and correct copy of the PJ Guaranty

is attached hereto as Exhibit E.

11. On or about August 8, 2023, BMO assigned the PJ Notes and PJ Guaranty to Huntington. A true and correct copy of Notice of Assignment is attached hereto as Exhibit F and by express reference made a part hereof.

12. PJ defaulted on the PJ Notes based upon its: i) bankruptcy filing on July 20, 2023, case no. 23-bk-09390, and ii) failure to make payments on the PJ Notes when due.

13. Neither PJ nor Guarantor has made payments or cured the default on the PJ Loans.

14. Additionally, on or about April 16, 2021, TCF National Bank ("TCF") extended credit to Northface Lease, LLC ("NF") in the principal amount of $331,102.22 (the "NF Note" and with the "PJ Notes" the "Notes"). A true and correct copy of the NF Note is attached hereto as Exhibit G and by express reference made a part thereof.

15. As additional security for the NF Note, on April 16, 2021 Guarantor executed a certain Continuing Guaranty (the "NF Guaranty" and with the "PJ Guaranty" the "Guarantees"). A true and correct copy of the NF Guaranty is attached hereto as Exhibit H and by express reference made a part hereof.

16. TCF merged and became part of Huntington on or about June 9, 2021. *See* Exhibit I.

17. NF defaulted on the NF Note based upon its: i) bankruptcy filing on August 25, 2023, case no. 23-bk-11238, and ii) failure to make payments on the NF Note when due.

18. Neither NF nor Guarantor have made payments or cured the default on the NF Loan.

19. Guarantor has defaulted upon the Guaranties for failure to pay the Notes in full.

## COUNT I

## BREACH OF PJ GUARANTY

20. Plaintiff realleges and incorporates by reference paragraphs 1-21 above as

paragraphs 1 through 21 of this Count I as if fully set forth herein.

21. By reason of the foregoing as of August 21, 2024 there is due and owing on the 525 Note a principal balance of $4,762.42, interest in the amount of $1,192.99 plus attorneys' fees and costs. Interest, attorney fees, and costs continue to accrue.

22. By reason of the foregoing as of August 21, 2024 there is due and owing on the 526 Note a principal balance of $8,783.99, late charges of $176.20, interest in the amount of $2,200.39 plus attorneys' fees and costs. Interest, attorney fees, and costs continue to accrue.

23. By reason of the foregoing, as of August 22, 2024 there is due and owing on the 527 Note a principal balance of $9,574.44, late charges of $302.98, interest in the amount of $2,403.18, plus attorneys' fees and costs. Interest, attorney fees, and costs continue to accrue.

24. By reason of the foregoing, as of August 22, 2024 there is due and owing on the 528 Note a principal balance of $10,848.05, late charges of $368.27, interest in the amount of $2,560.14, plus attorneys' fees and costs. Interest, attorney fees, and costs continue to accrue.

WHEREFORE Plaintiff, The Huntington National Bank, respectfully requests that this Court enter judgment in its favor and against Guarantor, Marcin Pogorzelski in the amounts due under the PJ Guaranty, plus interest, late charges, attorneys' fees and additional costs, and for such other and further relief to which Plaintiff is entitled.

## COUNT II
## BREACH OF NF GUARANTY

25. Plaintiff realleges and incorporates by reference paragraphs 1-26 above as paragraphs 1 through 26 of this Count II as if fully set forth herein.

26. By reason of the foregoing, as of August 22, 2024, there is due and owing on the NF Note a principal balance of $183,854.97, plus $4,660.21 in late charges, $1,838.55 in EFA Remedies Fee, $30,519.93 in interest, and $30.00 in invoices, plus attorneys' fees and costs. Interest, attorneys'

fees, and costs continue to accrue.

      WHEREFORE Plaintiff, The Huntington National Bank, respectfully requests that this Court enter judgment in its favor and against Guarantor, Marcin Pogorzelski in the total amounts due on the NF Guaranty, plus interest, late charges, attorneys' fees and additional costs, and for such other and further relief to which Plaintiff is entitled.

                                      The Huntington National Bank,

                                      By: /s/ Matthew L. Hendricksen
                                             One of its Attorneys

Matthew L. Hendricksen (6296720)
Plunkett Cooney, P.C.
221 N. LaSalle Street, Suite 3500
Chicago, Illinois 60601
(312) 970-3495
mhendricksen@plunkettcooney.com

Open.26611.33083.35130075-1